1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIA SPORTFISHING
     PROTECTION ALLIANCE, a
12   non-profit corporation,

13                    Plaintiff,

14       v.                                 NO. CIV. S-05-856 LKK/PAN

15   STOCKTON STEEL, a corporation;
     and THE HERRICK CORPORATION,
16   a corporation,

17                    Defendants.
     _____/
18

19               **STATUS (PRETRIAL SCHEDULING) ORDER**

20        Pursuant to court order, a Status (pretrial scheduling)

21   Conference was held in Chambers on July 25, 2005.  MICHAEL LOZEAU

22   appeared as counsel for plaintiff; ANTHONY GARVIN appeared as

23   counsel for defendants.  After hearing, the court makes the

24   following findings and orders:

25   **FURTHER STATUS CONFERENCE**

26        A further Status Conference is now SET for October 24, 2005

                                    1

1   at 1:30 p.m.   The parties are reminded of their obligation to file

2   and serve status reports not later than ten (10) days preceding the

3   conference.

4        **MISCELLANEOUS PROVISIONS**

5        As defendants have not filed a responsive pleading, the Clerk

6   is directed to serve a courtesy copy of this order by U.S. Mail on

7   Anthony Garvin, at Morgan, Lewis & Bockius, One Market Plaza, Spear

8   Street Tower, San Francisco, CA  94105.

9        IT IS SO ORDERED.

10       DATED:   July 27, 2005.

11
                              /s/Lawrence K. Karlton
12                            LAWRENCE K. KARLTON
                              SENIOR JUDGE
13                            UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26